AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| MARYANN KELLOGG-DEWULF<br>*Plaintiff*<br>v.<br>JP MORGAN CHASE BANK, N.A.,<br>*Defendant* | )<br>)<br>) Case No. 4:22-cv-12109-MAG-DRG<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF- MARYANN KELLOGG-DEWULF .

Date: 09/27/2022

s/ Patrick G. Gagniuk
*Attorney's signature*

Patrick G. Gagniuk (Attorney No.: P69038)
*Printed name and bar number*

Law Offices of Patrick G. Gagniuk, P.L.L.C.
301 W. Fourth Street, Suite 430
Royal Oak, MI 48067
*Address*

pgagniuk@gmail.com
*E-mail address*

(248) 894-5424
*Telephone number*

(248) 439-6222
*FAX number*